UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-CR-00032-CMS |
| | ) | |
| BENJAMIN SHEEN AVERY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### **ORDER**

This matter is before the Court on Defendant's motions to suppress evidence and statements, a motion to strike surplusage, and two motions for disclosure. (Docs. 74, 75, 76, 78, 79, 80, 81). The Court referred this matter to United States Magistrate Judge Noelle C. Collins for a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b). On July 2, 2026, Judge Collins filed her 56-page Report and Recommendation that Defendant's motions be denied in part and granted in part. (Doc. 124). Defendant filed a timely objections to the Report and Recommendation, (Doc. 127), and this Court has conducted a *de novo* review of all matters relative to Defendant's objections. After careful consideration, this Court will adopt and sustain Judge Collin's thorough, and well-reasoned Report and Recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Doc. 124) filed on July 2, 2026 is adopted and sustained in its entirety.

**IT IS FURTHER ORDERED** that Defendant's objections to the Report and Recommendation (Doc. 127) are overruled.

Dated this 7th day of August 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE